UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 225** |
| | ) | |
| v. | ) | |
| | ) | Arlander Keys |
| JORGE CINTRON, also known as | ) | United States Magistrate Judge |
| "KING PAPO" and | ) | |
| HERBERT PULGAR, | ) | |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, as well as the Motion to Seal and this Order, all dated March 18, 2008, are hereby SEALED until and including June 16, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

*Arlander Keys*
ARLANDER KEYS
United States Magistrate Judge

Dated: March 18, 2008