# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 225-all | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Cintron | | |

**DOCKET ENTRY TEXT**

The Government's Oral Motion to Unseal Complaint, Affidavit, and Arrest Warrant is granted.

No notices required

| | Courtroom Deputy Initials: | AC |
|---|---|---|