**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 1 7 2008 T.C.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 225 |
| | ) | |
| v. | ) | Violations: Title 21, United States |
| | ) | Code, Sections 841(a)(1) and 846; |
| HERBERT PULGAR and | ) | Title 18, United States Code, |
| JORGE CINTRON, a/k/a "King Papo" | ) | Section 2 |

JUDGE ANDERSEN

MAGISTRATE JUDGE KEYS

## COUNT ONE

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

Beginning on or about August 23, 2007, and continuing through on or about August 29, 2007, in Cook County, in the Northern District of Illinois, Eastern Division,

HERBERT PULGAR and
JORGE CINTRON, a/k/a "King Papo,"

defendants herein, conspired with each other and others known and unknown to the grand jury knowingly and intentionally to possess with intent to distribute and to distribute a controlled substance, namely, 50 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## **COUNT TWO**

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about August 24, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

HERBERT PULGAR,

defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance, namely, in excess of 50 grams of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about August 29, 2007, at approximately 3:00 p.m., in Cook County, in the Northern District of Illinois, Eastern Division,

> HERBERT PULGAR and
> JORGE CINTRON, a/k/a "King Papo,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR

The SPECIAL FEBRUARY 2008-2 GRAND JURY further charges:

On or about August 29, 2007, at approximately 7:00 p.m., in Cook County, in the Northern District of Illinois, Eastern Division,

> HERBERT PULGAR and
> JORGE CINTRON, a/k/a "King Papo,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, 5 grams or more of mixtures containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY